IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>GOOD GUYS, INC. and COMPUSA, INC.,<br><br>        Defendants. | No.:<br><br>DISCLOSURE OF INTERESTED PARTIES PURSUANT TO F.R.C.P. 7.1 |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Continental Casualty Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. Plaintiff is wholly owned by CNA Financial Corporation (a public corporation) which is partially (88%) owned by Loews Corporation (a public corporation). In addition, CNA Financial Corporation is affiliated with CNA Surety (a public corporation).

                                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                              Anthony G. Flynn (Del. Bar I.D. 74)
                                              Timothy Jay Houseal (Del. Bar I.D. 2880)
                                              The Brandywine Buiding
                                              1000 West Street, 17th Floor
                                              Wilmington, DE 19801

                    (302) 571-6682
                    (302) 576-3300
                    E-mail: thouseal@ycst.com

                    Attorneys for Plaintiff Continental Casualty Company

OF COUNSEL:

Samuel J. Thomas, Esq.
Bressler, Amery & Ross, P.C.
325 Columbia Turnpike
Suite 301
Florham Park, NJ 07932

Dated: December 13, 2006