IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | No. 06-763 |
| GOOD GUYS, INC. and COMPUSA, INC., | ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND PROPOSED ORDER
REGARDING EXTENSION OF TIME FOR DEFENDANTS
TO FILE AND SERVE RESPONSIVE PLEADINGS**

The parties, by and through their counsel, hereby stipulate and agree, subject to the approval of the Court, that the time by which Defendants Good Guys, Inc. and CompUSA, Inc. shall move, answer or otherwise respond to the Complaint is extended through and including January 17, 2007.

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | PRICKETT, JONES & ELLIOTT, P.A. |
| By:___/s/ Timothy Jay Houseal_____ | By:___/s/ Gary F. Traynor_____ |
| Anthony G. Flynn (DE Bar I.D. #74) | Gary F. Traynor (DE Bar I.D. #2131) |
| Timothy Jay Houseal (DE Bar I.D. #2880) | Laina M. Herbert (DE Bar I.D. #4717) |
| The Brandywine Building | 1310 N. King Street |
| 1000 West Street, 17th Floor | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19801 | (302) 888-6500 |
| (302) 571-6682 | Attorneys for Defendants |
| Attorneys for Plaintiff | Good Guys, Inc. and CompUSA, Inc. |
| Continental Casualty Company | |

9999.9999\322824v1

OF COUNSEL:

Samuel J. Thomas, Esq.
Bressler, Amery & Ross, P.C.
325 Columbia Turnpike, Suite 301
Florham Park, New Jersey 07932

OF COUNSEL:

Joseph Dirik, Esq.
Jenkens & Gilchrist, P.C.
1455 Ross Avenue, Suite 3700
Dallas, Texas 75202-2799
(214) 855-4512
(214) 855-4300 (fax)
jdirik@jenkens.com

Dated: December 29, 2006

SO ORDERED this ____ day of _____, 2007

_____
The Honorable Gregory M. Sleet

9999.9999\322824v1