IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) No. 06-763 ) |
| GOOD GUYS, INC. and COMPUSA, INC., | ) ) ) |
| Defendants. | ) ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Theodore Daniel, Esquire and Joseph Dirik, Esquire to represent Defendants Good Guys, Inc. and CompUSA, Inc. in this matter.

PRICKETT, JONES & ELLIOTT, P.A.

By: _____

Gary F. Traynor (Bar ID #2131)
Laina M. Herbert (Bar ID #4717)
1310 N. King Street
Wilmington, Delaware 19801
gftraynor@prickett.com
lmherbert@prickett.com
*Counsel for Defendants Good Guys, Inc. and CompUSA, Inc.*

Dated: January **9**, 2007

## ORDER GRANTING MOTION

The foregoing applications of Theodore Daniel and Joseph Dirik for admission to practice in this action *pro hac vice* is hereby granted.

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Gary F. Traynor, hereby certify that on January 9, 2007, I electronically filed the foregoing Motion and Order for Admission Pro Hac Vice with the Clerk of the Court using CM/ECF, and caused notification of such filing to be sent to the following counsel of record:

>Anthony G. Flynn, Esquire
>Timothy Jay Houseal, Esquire
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801

Gary F. Traynor (Bar I.D. #2131)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 06-763 |
| | ) | |
| GOOD GUYS, INC. and COMPUSA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: _January 4 2007_          _Theodore W. Daniel_
                                 Theodore W. Daniel
                                 Texas State Bar No. 05336240

JENKENS & GILCHRIST,
*A Professional Corporation*
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: 214-855-4500
Telecopy: 214-855-4300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | No. 06-763 |
| GOOD GUYS, INC. and COMPUSA, INC., | ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: Jan. 4, 2007

Joseph P. Dirik
Texas State Bar No. 24036485

JENKENS & GILCHRIST,
*A Professional Corporation*
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: 214-855-4500
Telecopy: 214-855-4300