IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>GOOD GUYS, INC. and COMPUSA, INC., )<br><br>Defendants. ) | No.  06-763 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF SAMUEL J. THOMAS

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Samuel J. Thomas to represent Continental Casualty Company in this matter.

YOUNG CONWAY STARGATT & TAYLOR, LLP

_____
Anthony G. Flynn (Bar ID #74)
Timothy Jay Houseal (Bar ID #2880)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6682
(302) 576-3300 (Facsimile)
thouseal@ycst.com
Counsel for Plaintiff Continental Casualty Company

Dated: January 10, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.

Date: _____    _____
United States District Judge

DB02:5703863.1                                                          900002.0004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) ) ) ) |
| Plaintiff, | ) No. 06-763 |
| v. | ) ) ) |
| GOOD GUYS, INC. and COMPUSA, INC., | ) ) ) ) |
| Defendants. | ) ) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this Motion.

Samuel J. Thomas
Bressler, Amery & Ross, P.C.
325 Columbia Turnpike
Suite 301
Florham Park, NJ 07932

Dated: 1/8/07

## CERTIFICATE OF SERVICE

I, Timothy Jay Houseal, hereby certify that on January 10, 2007, I electronically filed the foregoing Motion and Order for Admission *Pro Hac Vice* with the Clerk of the Court using CM/ECF, and caused notification of such filing to be sent to the following counsel or record:

> Gary F. Traynor, Esquire
> Laina M. Herbert, Esquire
> Prickett, Jones & Elliott, P.A.
> 1310 N. King Street
> Wilmington, DE 19801

_____
Timothy Jay Houseal (Bar ID #2880)