IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, <br><br> Plaintiff <br><br> v. <br><br> GOOD GUYS, INC. and COMPUSA, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 06-763 <br> ) <br> ) <br> ) <br> ) <br> ) |

**SECOND STIPULATION AND PROPOSED ORDER
REGARDING EXTENSION OF TIME FOR DEFENDANTS
TO FILE AND SERVE RESPONSIVE PLEADINGS**

WHEREAS, by Order entered on January 3, 2007, the Court approved the parties' stipulation that the time by which Defendants Good Guys, Inc. and CompUSA, Inc. ("Defendants") would move, answer or otherwise respond to the Complaint would be extended through and including January 17, 2007; and

WHEREAS, after the entry of the aforementioned Order, Delaware counsel for Defendants discovered a conflict which necessitates their withdrawal and the substitution of other Delaware counsel on behalf of Defendants; and

WHEREAS, Defendants have secured new Delaware counsel and intend to file and serve a notice of substitution of counsel forthwith;

NOW THEREFORE, the parties, by and through their counsel, hereby stipulate and agree, subject to the approval of the Court, that the time by which Defendants Good Guys, Inc. and CompUSA, Inc. shall move, answer or otherwise respond to the Complaint is extended through and including January 24, 2007.

20154.1\324438v1

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | PRICKETT, JONES & ELLIOTT, P.A. |
| By: /s/ Timothy Jay Houseal<br>   Anthony G. Flynn (DE Bar I.D. #74)<br>   Timothy Jay Houseal (DE Bar I.D. #2880)<br>   The Brandywine Building<br>   1000 West Street, 17th Floor<br>   Wilmington, Delaware 19801<br>   (302) 571-6682<br>   Attorneys for Plaintiff<br>   Continental Casualty Company | By: /s/ Gary F. Traynor<br>   Gary F. Traynor (DE Bar I.D. #2131)<br>   Laina M. Herbert (DE Bar I.D. #4717)<br>   1310 N. King Street<br>   Wilmington, Delaware 19801<br>   (302) 888-6500<br>   Attorneys for Defendants<br>   Good Guys, Inc. and CompUSA, Inc. |
| OF COUNSEL:<br><br>Samuel J. Thomas, Esq.<br>Bressler, Amery & Ross, P.C.<br>325 Columbia Turnpike, Suite 301<br>Florham Park, New Jersey 07932 | OF COUNSEL:<br><br>Joseph Dirik, Esq.<br>Jenkens & Gilchrist, P.C.<br>1455 Ross Avenue, Suite 3700<br>Dallas, Texas 75202-2799<br>(214) 855-4512<br>(214) 855-4300 (fax)<br>jdirik@jenkens.com |

Dated: January 16, 2007

      SO ORDERED this _____ day of _____, 2007

                                        _____
                                        The Honorable Gregory M. Sleet