IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-763-GMS |
| GOOD GUYS, INC. and COMPUSA, INC., | ) ) ) ) | |
| Defendants. | ) | |

## WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE

The undersigned hereby withdraws his appearance as attorney for Good Guys, Inc. and CompUSA, Inc., defendants.

PRICKETT, JONES & ELLIOTT, P.A.

/s/ Gary F. Traynor
Gary F. Traynor (ID No. 2131)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500

The undersigned hereby enter their appearance as attorneys for Good Guys, Inc. and CompUSA, Inc., defendants.

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Robert J. Katzenstein
Robert J. Katzenstein (ID No. 378)
Laurence V. Cronin (ID No. 2385)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400

93003\PLDG\10021458.WPD