IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 06-763-GMS |
| GOOD GUYS, INC. and COMPUSA, INC., | § § § § | |
| Defendants. | § | |

### ANSWER OF GOOD GUYS, INC. AND COMPUSA, INC.

Defendants, Good Guys, Inc. ("Good Guys") and CompUSA, Inc. ("CompUSA"), make the following response to Plaintiff's Complaint.

In response to the numbered paragraphs of the Complaint, Defendants CompUSA and Good Guys respond as follows:

1. CompUSA and Good Guys are without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 1.

2. CompUSA and Good Guys admit the averments of the first sentence in paragraph 2. CompUSA and Good Guys admit that CompUSA purchased the stock of Good Guys in or about September 2003, and deny the remaining averments of the second sentence of paragraph 2.

3. CompUSA and Good Guys admit the first sentence in paragraph 3 but deny the remaining averments of paragraph 3.

4. CompUSA and Good Guys admit the averments of paragraph 4.

5. CompUSA and Good Guys admit the averments of paragraph 5.

6. Paragraph 6 of the Complaint repeats, restates, and realleges the averments of paragraphs 1-5 and does not require an admission or denial; however, to the extent that this

{07015}

paragraph contains factual averments, CompUSA and Good Guys deny the truth of the averments in paragraph 6.

7. CompUSA and Good Guys admit the averments of paragraph 7.

8. CompUSA and Good Guys admit the Policies provided insurance coverage of certain liabilities of Good Guys. CompUSA and Good Guys deny the remaining averments of paragraph 8.

9. CompUSA and Good Guys deny the averments contained in paragraph 9.

10. CompUSA and Good Guys admit that the Policies provided insurance coverage of certain liabilities of Good Guys. CompUSA and Good Guys are without knowledge or information sufficient to form a belief as to the truth of the remaining averments of paragraph 10.

11. CompUSA and Good Guys admit that the Policies required premium payments, identified deductible amounts, and provided for premium audits. CompUSA and Good Guys are without knowledge or information sufficient to form a belief as to the truth of the remaining averments of paragraph 11.

12. CompUSA and Good Guys admit that the Policies provided insurance coverage of certain liabilities of Good Guys. CompUSA and Good Guys deny the remaining averments of the first sentence of paragraph 12. CompUSA and Good Guys deny the averments of the second sentence of paragraph 12. CompUSA and Good Guys admit the averments contained in the third and fourth sentences of paragraph 12.

13. CompUSA and Good Guys admit the averments of paragraph 13.

14. CompUSA and Good Guys admit that the confirmation letter for each of the Policies contains a provision regarding interest, to be based on the daily equivalent of 5 percent per annum plus the Ninety (90) Day Commercial Paper Dealer rate in effect on the first Friday of

each month a payment is past due, as published in the Midwest Edition of the Wall Street Journal. CompUSA and Good Guys deny the remaining averments contained within paragraph 14.

15. CompUSA and Good Guys admit that CompUSA and Good Guys have refused to pay $527,950 to Plaintiff. CompUSA and Good Guys deny the remaining averments of paragraph 15.

16. Paragraph 16 of the Complaint repeats, restates, and realleges the averments of paragraphs 1-15 and does not require an admission or denial; however, to the extent that this paragraph contains factual averments, CompUSA and Good Guys deny the truth of the averments in paragraph 16.

17. CompUSA and Good Guys admit that the Policies provided insurance coverage of certain liabilities of Good Guys, and admit that Good Guys has made certain payments to Plaintiff in connection with the Policies. CompUSA and Good Guys deny the remaining averments contained in paragraph 17.

18. CompUSA and Good Guys admit that Plaintiff has made demand upon Defendants for payment of $527,950 to Plaintiff. CompUSA and Good Guys deny the remaining averments contained in paragraph 18.

19. CompUSA and Good Guys admit that CompUSA and Good Guys have refused to pay $527,950 to Plaintiff. CompUSA and Good Guys deny the remaining averments of paragraph 19.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint as to Defendant CompUSA fails to state a claim upon which relief can be granted.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the parol evidence rule.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of waiver.

WHEREFORE, having fully answered the averments of Plaintiff's Complaint, Defendants CompUSA and Good Guys demand that the Complaint be dismissed with prejudice, with the costs thereof taxed to Plaintiff, and that Defendants recover their reasonable attorneys' fees and costs incurred in defending this action, and an award of all other relief that the Court deems just and equitable.

Date:  January 23, 2007

SMITH, KATZENSTEIN & FURLOW LLP

_____
Robert J. Katzenstein (ID No. 378)
Laurence V. Cronin (ID No. 2385)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE  19899
(302) 652-8400
rjk@skfdelaware.com

OF COUNSEL:
Theodore W. Daniel (TX Bar ID 05336240)
Joseph Dirik (TX Bar ID 24036485)
JENKENS & GILCHRIST,
*A Professional Corporation*
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone:  214-855-4500
Telecopy:  214-855-4300
tdaniel@jenkens.com
jdirik@jenkens.com

Attorneys for Defendants Good Guys, Inc. and CompUSA, Inc.