IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, )<br>)<br>)<br>  Plaintiff, )<br>v. )  C.A. No. 06-763-GMS<br>)<br>GOOD GUYS, INC. and )<br>COMPUSA, INC., )<br>)<br>  Defendants. ) | |

### NOTICE OF WITHDRAWAL OF *PRO HAC VICE* APPEARANCES

Defendants Good Guys, Inc. and CompUSA, Inc. hereby give notice of the withdrawal of the *pro hac vice* appearances of Theodore W. Daniel and Joseph P. Dirik of the firm of Jenkins & Gilchrist, P.C.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Robert J. Katzenstein (ID No. 378)
Laurence V. Cronin (ID No. 2385)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
Attorneys for Defendants Good Guys, Inc. and CompUSA, Inc.

Date: January 29, 2007

07015|PLDG|10021882.WPD