IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-763-GMS |
| | ) | |
| GOOD GUYS, INC. and | ) | |
| COMPUSA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Bryan J. Wick to represent defendants Good Guys, Inc. and CompUSA, Inc. in this matter.

Date: February 5, 2007

SMITH, KATZENSTEIN & FURLOW LLP

_____
Robert J. Katzenstein (ID No. 378)
Laurence V. Cronin (ID No. 2385)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE  19899
(302) 652-8400
rjk@skfdelaware.com

Attorneys for Defendants Good Guys, Inc. and CompUSA, Inc.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____   _____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-763-GMS |
| | ) | |
| GOOD GUYS, INC. and | ) | |
| COMPUSA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Texas and New York, and the United States Virgin Islands, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

By: /s/ Bryan J. Wick
Bryan J. Wick
WICK PHILLIPS, LLP
500 N. Akard St., Ste. 2100
Dallas, TX 75201
(214) 692-6200 (phone)
(214) 692-6255 (fax)

Date: 2/2/07

{07015|PHV|10022100.DOC}