IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-763-GMS |
| | ) | |
| GOOD GUYS, INC. and | ) | |
| COMPUSA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of J. Sean Lemoine to represent defendants Good Guys, Inc. and CompUSA, Inc. in this matter.

Date: February 5, 2007

SMITH, KATZENSTEIN & FURLOW LLP

*/s/ Robert J. Katzenstein*
Robert J. Katzenstein (ID No. 378)
Laurence V. Cronin (ID No. 2385)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
rjk@skfdelaware.com

Attorneys for Defendants Good Guys, Inc. and CompUSA, Inc.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____            _____
                                    United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-763-GMS |
| | ) | |
| GOOD GUYS, INC. and COMPUSA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and Colorado, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

J. Sean Lemoine
WICK PHILLIPS, LLP
500 N. Akard St., Ste. 2100
Dallas, TX 75201
(214) 692-6200 (phone)
(214) 692-6255 (fax)

Date: 2-5-07

{07015}