IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GOOD GUYS, INC. and COMPUSA, INC.,<br><br>Defendants. | C. A. No. 06-0763 GMS |

### NOTICE OF SERVICE

I HEREBY CERTIFY that on the 31st day of December, 2007, copies of Defendant Good Guys, Inc.'s Rule 26 Initial Disclosures were caused to be served via first class mail and email on the following:

> Timothy Jay Houseal, Esquire
> Young Conaway Stargatt & Taylor LLP
> P.O. Box 391
> Wilmington, DE 19899

>> SMITH, KATZENSTEIN & FURLOW LLP
>>
>> _/s/ Robert J. Katzenstein_
>> Robert J. Katzenstein (ID No. 378)
>> 800 Delaware Avenue, 10th Floor
>> P.O. Box 410
>> Wilmington, DE 19899 (Courier 19801)
>> Phone: 302-652-8400
>> Fax: 302-652-8405
>> E-mail: rjk@skfdelaware.com
>>
>> Attorney for defendants

December 31, 2007

07015|NOS|10035834.WPD