IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | Civil Action No.: 1:06-cv-0763-GMS |
| v. ) ) | |
| GOOD GUYS, INC. and COMPUSA, INC., ) ) ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

I HEREBY CERTIFY that on the 30th day of January, 2008, a copy of Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a) was served via electronic mail on the following counsel:

Robert Katzenstein, Esq.
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue. – 10th Floor
Wilmington, DE 19899

Bryan J. Wick, Esq.
J. Sean Lemoine, Esq.
Wick Phillips, LLP
500 North Akard Street – Suite 2100
Dallas, TX 75201

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Timothy J. Houseal_
Timothy Jay Houseal, Esq. (ID No. 2880)
The Brandywine Building
1000 West Street, 17th Floor,
Wilmington, Delaware 19899-0391
Telephone:   (302) 571-6682
Facsimile:    (302) 576-3300
E-mail: thouseal@ycst.com
Attorneys for Plaintiffs

Dated: January 31, 2008