IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Continental Casualty Company, | : |
| Plaintiff, | : |
| v. | : Civ. No. 06-763-GMS |
| Good Guys Inc. and CompUSA Inc., | : |
| Defendants. | : |

### ORDER

A teleconference having been held at Wilmington this **6th** day of **February, 2008** with Magistrate Judge Stark,

IT IS ORDERED that a status teleconference has been scheduled for **March 5, 2008 at 2:00 p.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE