IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GOOD GUYS, INC. and COMPUSA, INC.,<br><br>Defendants. | Civil Action No. 1:06-cv-0763-GMS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 11th day of March, 2008, the undersigned counsel caused a copy of this Notice of Service and Defendant CompUSA, Inc.'s First Discovery Requests to Plaintiff Continental Casualty Company to be served upon the following in the manner indicated:

**BY HAND DELIVERY**
Timothy J. Houseal, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, Delaware 19899-0391

**BY MAIL**
Samuel J. Thomas, Esq.
BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, New Jersey 07932

Dated: March 11, 2008                     SMITH, KATZENSTEIN & FURLOW, LLP

*/s/ Robert J. Katzenstein*
Robert J. Katzenstein (I.D. No. 4164)
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
(302) 652-8400 – telephone
(302) 652-8405 – telecopy
rjk@skfdelaware.com-- email

Attorneys for Defendant CompUSA, Inc.