IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 1:06-cv-0763-GMS |
| v. | ) ) ) | |
| GOOD GUYS, INC. and COMPUSA, INC., | ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

I HEREBY CERTIFY that on the 19th day of March, 2008, a copy of Plaintiff's First Set of Interrogatories, First Request for Production of Documents and Request for Admissions on Defendant CompUSA, Inc. was served on the following counsel:

*Via E-mail and Hand Delivery*

Robert Katzenstein, Esq.
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue. – 10th Floor
Wilmington, DE 19899

*Via E-mail and FedEx*

Bryan J. Wick, Esq.
J. Sean Lemoine, Esq.
Wick Phillips, LLP
500 North Akard Street – Suite 2100
Dallas, TX 75201

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Timothy Jay Houseal, Esq. (ID No. 2880)
The Brandywine Building
1000 West Street, 17th Floor,
Wilmington, Delaware 19899-0391
Telephone:   (302) 571-6682
Facsimile:   (302) 576-3300
E-mail: thouseal@ycst.com
Attorneys for Plaintiffs

Dated: March 19, 2008