IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GOOD GUYS, INC. and COMPUSA, INC.,<br><br>Defendants. | C.A. No. 1:06-cv-0763-GMS<br><br><br>**PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT GOOD GUYS, INC.'S FIRST DISCOVERY REQUESTS** |

### NOTICE OF SERVICE

TO:  SMITH, KATZENSTEIN & FURLOW, LLP
     Attorneys for Defendants
     The Corporate Plaza
     800 Delaware Avenue, 10th Floor
     Wilmington, Delaware 19801


Plaintiff Continental Casualty Company ("Plaintiff" or "CNA") hereby serves the following Objections and Responses to Defendant Good Guys, Inc.'s ("Defendant" or "GG") First Discovery Requests (the "Requests") pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure and the Local Civil Rules for the District of Delaware. Plaintiff reserves the right to amend, supplement, or modify these responses as provided by the Federal Rules of Civil Procedure and the Local Civil Rules for the District of Delaware.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Timothy Jay Houseal
_____
Timothy Jay Houseal (ID 2880)
The Brandywine Building

1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6682
(302) 576-3300 (Fax)
thouseal@ycst.com

Attorneys for Plaintiff

OF COUNSEL:

Samuel J. Thomas, Esq.
BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, NJ 07932
(973) 514-1200 – Telephone
(973) 514-1660 – Facsimile

Dated: April 22, 2008