IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GOOD GUYS, INC. and COMPUSA, INC.,<br><br>Defendants. | Civil Action No. 1:06-cv-0763-GMS<br><br>**PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT COMPUSA, INC.'S FIRST DISCOVERY REQUESTS** |

### NOTICE OF SERVICE

TO:    SMITH, KATZENSTEIN & FURLOW, LLP
Attorneys for Defendants
The Corporate Plaza
800 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801

Plaintiff Continental Casualty Company ("Plaintiff" or "CNA") hereby serves the following Objections and Responses to Defendant CompUSA, Inc.'s ("Defendant" or "CUSA") First Discovery Requests (the "Requests") pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure and the Local Civil Rules for the District of Delaware. Plaintiff reserves the right to amend, supplement, or modify these responses as provided by the Federal Rules of Civil Procedure and the Local Civil Rules for the District of Delaware.

                                  YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                  _____
                                  Timothy Jay Houseal, Esq. (ID 2880)
                                  The Brandywine Building
                                  1000 West Street, 17th Floor
                                  Wilmington, Delaware 19081
                                  (302) 571-6600
                                  (302) 576-3300
                                  thouseal@ycst.com

OF COUNSEL:

Samuel J. Thomas, Esq.
BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, NJ 07932
(973) 514-1200 – Telephone
(973) 514-1660 – Facsimile

Dated: April 22, 2008