IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GOOD GUYS, INC. and COMPUSA, INC.,<br><br>Defendants. | Civil Action No. 1:06-cv-0763-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 23rd day of April, 2008, the undersigned counsel caused a copy of this Notice of Service, Defendant CompUSA, Inc.'s Objections and Responses to Plaintiff's First Set of Interrogatories, Objections and Responses to Plaintiff's First Requests for Production of Documents, and Objections and Responses to Plaintiff's First Request for Admissions to be served upon the following in the manner indicated:

**BY HAND DELIVERY**
Timothy Jay Houseal, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, Delaware  19899-0391

**BY MAIL**
Samuel J. Thomas, Esq.
BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, New Jersey  07932

Dated:  April 23, 2008

SMITH, KATZENSTEIN & FURLOW, LLP

_____
Robert J. Katzenstein (I.D. No. 4164)
Robert K. Beste, III (I.D. No. 3931)
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
(302) 652-8400 – telephone
(302) 652-8405 – telecopy
rjk@skfdelaware.com-- email

Attorneys for Defendants