IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Continental Casualty Company, | : |
|     Plaintiff, | : |
| v. | :   Civ. No. 06-763-GMS |
| Good Guys Inc. and CompUSA Inc., | : |
|     Defendants. | : |

### ORDER

At Wilmington this **24th** day of **April, 2008**:

IT IS ORDERED that the mediation conference scheduled for **May 8th, 2008 at 10:00 a.m.** before Magistrate Judge Leonard P. Stark is hereby **CANCELED** and rescheduled for **May 7th, 2008 at 11:00 am**. The order issued on March 6th, 2008 shall continue to govern the mediation conference and statements.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

 

                                               */s/ Leonard P. Stark*

                                          UNITED STATES MAGISTRATE JUDGE