IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-763-GMS |
| GOOD GUYS, INC. and COMPUSA, INC., | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED UPON** by the undersigned attorneys for parties herein, that the above-caption action and all claims and counterclaims asserted therein, are hereby dismissed with prejudice, with each party to bear its own costs.

YOUNG CONAWAY STARGATT & TAYLOR, LLP          SMITH, KATZENSTEIN & FURLOW LLP

/s/ Timothy Jay Houseal
Timothy Jay Houseal (ID No. 2880)
1000 West Street, 17th Floor
Wilmington, DE 19801
302-571-6682
302-576-3300 (facsimile)
thouseal@ycst.com

Attorneys for plaintiffs

/s/ Robert J. Katzenstein
Robert J. Katzenstein (ID No. 378)
P.O. Box 410
Wilmington, DE 19899
302-652-8400
302-652-8405 (facsimile)
rjk@skfdelaware.com

Attorneys for defendants

June 9, 2008